# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| **BRANDY CLINTON AND HELEN KAPLAN**, Individually and on Behalf of All Other Persons Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> **GOVERNMENT EMPLOYEES INSURANCE COMPANY A/K/A GEICO,** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO. 2:16-CV-430 AWA-LRL** |

## DEFENDANT'S REQUEST FOR HEARING ON PLAINTIFF'S MOTION FOR THE SENDING OF NOTICE AND FOR CONDITIONAL COLLECTIVE CERTIFICATION, AND FOR EQUITABLE TOLLING

Defendant, Government Employees Insurance Company (GEICO), pursuant to Eastern District of Virginia Local Civil Rule 7(E), hereby respectfully requests that Magistrate Judge Lawrence R. Leonard set oral argument on Plaintiffs' Motion For The Sending Of Notice And For Conditional Collective Certification, And For Equitable Tolling, ECF No. 33, which was filed on March 3, 2017. Defendant has conferred with Plaintiffs, and Plaintiffs oppose the request for hearing.

The briefing on the motion is complete, and GEICO believes that oral argument would be useful to the Court in addressing and resolving the Motion.

Date: April 3, 2017                               Respectfully submitted,

By:_____/s/ Sharon S. Goodwyn_____
Sharon S. Goodwyn (VSB No. 28822)
HUNTON & WILLIAMS, LLP
500 East Main Street, Suite 1000
Norfolk, VA   23510
(757) 640.5300
(757) 625-7720 *facsimile*
sgoodwyn@hunton.com

Eric Hemmendinger *(Pro Hac Vice)*
Lindsey A. White *(Pro Hac Vice)*
SHAWE & ROSENTHAL, LLP
One South Street, Suite 1800
Baltimore, MD   21202
(410) 752-1040
(410) 752-8861 *facsimile*
eh@shawe.com
law@shawe.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was caused to be served this 3rd day of April, 2017 via the transmission of a notice of electronic filing via the Court's ECF system upon the following:

    Harris D. Butler, III (harris.butler@butlerroyals.com)
    Zev H. Antell (zev.antell@butlerroyals.com)
    BUTLER ROYALS, PLC
    1409 Virginia Street, Suite 302
    Richmond, VA   23219

    Reid H. Ervin (rhervin@reidervin.com)
    Joshua L. Jewett (jjewett@rediervin.com)
    Brittan M. Wrigley (bwrigley@reidervin.com)
    REID H. ERVIN & ASSOCIATES, P.C.
    999 Waterside Drive, Suite 2400
    Norfolk, VA   23510

    *Attorneys for Plaintiffs*

                               */s/ Sharon S. Goodwyn*
                           Sharon S. Goodwyn (VSB No. 28822)
                           HUNTON & WILLIAMS LLP
                           500 East Main Street, Suite 1000
                           Norfolk, VA   23510
                           (757) 640-5300
                           (757) 625-7720 *facsimile*
                           sgoodwyn@hunton.com

                           *Attorney for Defendant*